UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
                                      :
NORTEK INC.,                          :   Civil Action No.:
                                      :
                        Plaintiff,    :
                                      :
      -against-                       :
                                      :
ITT LLC,                              :
                        Defendant.    :
                                      :
                                      :
------------------------------------- X
```

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Nortek Inc. ("Nortek") hereby certifies that Nortek's parent corporation is Nevada Holdco Corp. and that Melrose Industries PLC (a UK entity listed on the London Stock Exchange) is the ultimate parent and indirect owner of 10% or more of Nortek's stock.

Dated:  March 12, 2021
       New York, New York

          **TROUTMAN PEPPER**
          **HAMILTON SANDERS LLP**

          By: *s/ Matthew J. Aaronson*
              Matthew J. Aaronson
              875 Third Avenue
              New York, NY 10022
              T: 212.704.6000
              matthew.aaronson@troutman.com

              Of counsel:
              Thomas E. Reilly (*pro hac vice to be submitted*)
              Georgia Bar No. 600195
              W. Alex Smith (*pro hac vice to be submitted*)
              Georgia Bar No. 532647
              Bank of America Plaza
              600 Peachtree Street, Suite 3000

-2-

        Atlanta, Georgia 30308-2216
        T:  (404) 885-3000
        tom.reilly@troutman.com
        alex.smith@troutman.com

        *Counsel for Plaintiff Nortek Inc.*